No. 96–414. INDEPENDENT CHARITIES OF AMERICA, INC., ET AL. *v.* MINNESOTA ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–417. NORTH DAKOTA ASSOCIATION OF RETARDED CITIZENS *v.* SCHAFER, GOVERNOR OF NORTH DAKOTA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–418. OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, AFL–CIO, CLC *v.* POPE. C. A. 6th Cir. Certiorari denied.

No. 96–419. BROCK, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR HARDY, A MINOR *v.* LEWIS ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–420. HUGHEY *v.* JMS DEVELOPMENT CORP. C. A. 11th Cir. Certiorari denied.

No. 96–425. LOEW ET AL. *v.* HIBBARD ET AL. Sup. Ct. Colo. Certiorari denied.

No. 96–432. SANDERS ET AL. *v.* VENTURE STORES, INC. C. A. 7th Cir. Certiorari denied.

No. 96–435. KRAMER *v.* VISION CABLE OF PINELLAS, INC. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 96–440. BERGSTROM ET AL. *v.* DALKON SHIELD CLAIMANTS TRUST. C. A. 4th Cir. Certiorari denied.

No. 96–450. GILLEN *v.* CITY OF BOSTON. C. A. 1st Cir. Certiorari denied.

No. 96–476. SHEPPARD *v.* RIVERVIEW NURSING CENTRE, INC. C. A. 4th Cir. Certiorari denied.

No. 96–484. CHEEK *v.* AMERICAN AIRLINES, INC. C. A. 7th Cir. Certiorari denied.

No. 96–522. HARRIS *v.* CITY OF HAMTRAMCK ET AL. Ct. App. Mich. Certiorari denied.

No. 96–555. REHMAN *v.* ECC INTERNATIONAL CORP. ET AL. Sup. Ct. Fla. Certiorari denied.